NEW YORK,
No⸱ ⸱⸱ ⸱.

The People
v.
Schenck.

### Hackley *against* Patrick.

COLDEN moved for a commission to take the examination of witnesses in this cause, on the affidavit which he read.

*Mulligan,* contra, objected, that the affidavit was not made by the party, and that it did not state that the cause was at issue. (1 *Caines,* 73. 2 *Caines,* 259.)

*Per Curiam.* The affidavit is not sufficient, and no special circumstances are stated.

Rule refused.

An affidavit on which a motion is made for a commission to examine witnesses abroad must state that the cause is at issue, or special circumstances, to induce the court to grant a commission before issue joined.